IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PGX HOLDINGS, INC., *et al.*,<br><br>                    Debtors.¹ | Chapter 11<br><br>Case No. 23-10718 (CTG)<br><br>(Jointly Administered) |
| KIRSTEN HANSEN on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>            v.<br><br>PGX HOLDINGS, INC.; PROGREXION HOLDINGS, INC.; PROGREXION TELESERVICES, INC.; PROGREXION MARKETING, INC.; PROGREXION ASG, INC.; PROGREXION IP, INC.; EFOLKS, LLC; CREDITREPAIR.COM, INC.; CREDIT.COM, INC.; and JOHN C. HEATH, ATTORNEY AT LAW PC,<br><br>                    Defendants. | Adv. Proc. No. 23-50396 (CTG) |

**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND RELATED RELIEF**

For the reasons stated in the accompanying brief and exhibits thereto, Plaintiff Kirsten Hansen, on behalf of herself and all others similarly situated (the "Plaintiff"), hereby moves the Court, in furtherance of her claims under the Worker Adjustment Retraining and Notification ("WARN") Act, 29 U.S.C. § 2101 *et seq*. for an Order (a) certifying a class, defined as: Plaintiff and other similarly situated employees of Defendants: (i) who worked at, received assignments from, or reported to the Facilities, (ii) who were terminated without cause within 90 days of April 5, 2023, as the reasonably foreseeable consequence of the mass layoff and/or plant closing ordered

by Defendants on or about April 5, 2023 (iii) who are "affected employees" within the meaning of 29 U.S.C. § 2101(a)(5) and (iv) who have not filed a timely request to opt-out of the class; (b) appointing Raisner Roupinian LLP as Class Counsel, (c) appointing Plaintiff as the Class Representative, (d) approving the form and manner of Notice; and (e) such further relief as this Court may deem proper.

In support of the motion, Plaintiff submits a brief filed herewith and the exhibits thereto: Plaintiff's supporting declaration (Exh. A), the Declaration of René S. Roupinian (Exh. B), a proposed notice to the class (Exh. C), and proposed order granting the relief sought in the motion (Exh. D).

Dated: August 4, 2023

                                               Respectfully submitted,

By:   /s/ Christopher D. Loizides
       Christopher D. Loizides (No. 3968)
       **LOIZIDES, P.A.**
       1225 King Street, Suite 800
       Wilmington, Delaware 19801
       Telephone: (302) 654-0248
       Facsimile: (302) 654-0728
       E-mail: loizides@loizides.com

**OF COUNSEL:**

**RAISNER ROUPINIAN LLP**
Jack A. Raisner *(admitted pro hac vice)*
René S. Roupinian *(admitted pro hac vice)*
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
Facsimile: (212) 221-1747
Email: jar@raisnerroupinian.com
Email: rsr@raisnerroupinian.com

*Attorneys for Plaintiff and the putative class*