# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PGX HOLDINGS, INC. *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10718 (CTG)<br><br>(Jointly Administered)[1] |
| KIRSTEN HANSEN on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PGX HOLDINGS, INC.; PROGREXION HOLDINGS, INC.; PROGREXION TELESERVICES, INC.; PROGREXION ASG, INC.; PROGREXION IP, INC.; EFOLKS, LLC; CREDITREPAIR.COM, INC.; CREDIT.COM, INC.; and JOHN C. HEATH, ATTORNEY AT LAW PC,<br><br>Defendants. | Adv. Proc. No. 23-50396 (CTG) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, made applicable by Federal Rule of Bankruptcy Procedure 7056, Defendants PGX Holdings, Inc.; Progrexion Holdings, Inc.; Progrexion Teleservices, Inc.; Progrexion Marketing, Inc.; Progrexion ASG, Inc.; Progrexion IP,

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Health, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110) (collectively, the "Debtors"). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

Inc.; eFolks, LLC; Creditrepair.com, Inc.; Credit.Com, Inc. (collectively, the "PGX Defendants"); and John C. Heath, Attorney at Law PC ("Lexington Law", and with the PGX Defendants, "Defendants"), move for summary judgment on all claims asserted in the above captioned adversary proceeding by Plaintiff Kirsten Hansen ("Plaintiff"). Summary judgment is warranted because the undisputed material facts show that Plaintiff's claim fails as a matter of law because Defendants were not required to give 60-days advanced notice of the layoffs under the "faltering company," "unforeseen business circumstances," or "liquidating fiduciary" exceptions to the WARN Act.

An Opening Brief and a Supplemental Declaration of Chad Wallace in Support of this Motion were concurrently filed.

WHEREFORE, Defendants move the Court for entry of an order dismissing, with prejudice, Plaintiff's claims.

Dated: September 22, 2023
Wilmington, Delaware

/s/ Domenic E. Pacitti
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:     (302) 426-1189
Facsimile:       (302) 426-9193
Email:   dpacitti@klehr.com
            myurkewicz@klehr.com

 -and-

Morton R. Branzburg (*pro hac vice* pending)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:     (215) 569-3007
Facsimile:       (215) 568-6603
Email:  mbranzburg@klehr.com

*Co-Counsel to the Debtors and Debtors in Possession*

**HOLLAND & HART LLP**
Bryan Benard (*pro hac vice* forthcoming)
Engels J. Tejeda (*pro hac vice* forthcoming)
222 South Main Street, Suite 1200
Salt Lake City, Utah 84105
Telephone:     (801) 799-5800
Facsimile:       (877) 665-1699
Emails:  bbenard@hollandhart.com
              ejtejeda@hollandhart.com

*Special Employment Counsel to the Debtors and Debtors in Possession*