# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PGX HOLDINGS, INC., *et al.*[1], <br><br>                    Debtors. | Chapter 11 <br><br> Case No. 23-10718 (CTG) <br><br> (Jointly Administered) |
| KIRSTEN HANSEN on behalf of herself and all others similarly situated, <br><br>                    Plaintiff, <br><br>                    v. <br><br> PGX HOLDINGS, INC.; PROGREXION HOLDINGS, INC.; PROGREXION TELESERVICES, INC.; PROGREXION MARKETING, INC.; PROGREXION ASG, INC.; PROGREXION IP, INC.; EFOLKS, LLC; CREDITREPAIR.COM, INC.; CREDIT.COM, INC.; and JOHN C. HEATH, ATTORNEY AT LAW PC, <br><br>                    Defendants. | Adv. Proc. No. 50396 (CTG) |

## NOTICE OF SERVICE

Notice is hereby given that, on November 9, 2023, Plaintiff Kirsten Hansen ("Plaintiff") through her counsel, served upon counsel for Defendants *Plaintiff's Initial Rule 26(a) Disclosures* via electronic mail to the parties listed below:

**Service List:**

Domenic E. Pacitti
**Klehr Harrison Harvey Branzburg LLP**
919 Market Street
Suite 1000
Wilmington, DE 19801
Email: dpacitti@klehr.com

Bryan Benard
Engels J. Tejeda
**Holland & Hart LLP**
222 South Main Street, Suite 1200
Salt Lake City, Utah 84105
Emails: bbenard@hollandhart.com
      ejtejeda@hollandhart.com


Alison J. Wirtz
Spencer A. Winters
**Kirkland & Ellis**
300 N La Salle Dr.
Chicago, IL 60654
Emails: alison.wirtz@kirkland.com
      spencer.winters@kirkland.com

*Counsel for Defendants*

Dated: November 15, 2023      Respectfully submitted,

By:    /s/ Christopher D. Loizides
        Christopher D. Loizides (No. 3968)
        **LOIZIDES, P.A.**
        1225 King Street, Suite 800
        Wilmington, Delaware 19801
        Telephone: (302) 654-0248
        Facsimile: (302) 654-0728
        E-mail: loizides@loizides.com

OF COUNSEL:

**RAISNER ROUPINIAN LLP**
Jack A. Raisner
René S. Roupinian
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
Facsimile: (212) 221-1747
Email: rsr@raisnerroupinian.com
Email: jar@raisnerroupinian.com

*Attorneys for Plaintiff and the Class*