# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PGX HOLDINGS, INC., *et al.*[1], <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-10718 (CTG) <br><br> (Jointly Administered) |
| KIRSTEN HANSEN on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PGX HOLDINGS, INC.; PROGREXION HOLDINGS, INC.; PROGREXION TELESERVICES, INC.; PROGREXION MARKETING, INC.; PROGREXION ASG, INC.; PROGREXION IP, INC.; EFOLKS, LLC; CREDITREPAIR.COM, INC.; CREDIT.COM, INC.; and JOHN C. HEATH, ATTORNEY AT LAW PC, <br><br> Defendants. | Adv. Proc. No. **23-50396** (CTG) |

## **AMENDED** NOTICE OF SERVICE

Notice is hereby given that, on November 9, 2023, Plaintiff Kirsten Hansen ("Plaintiff") through her counsel, served upon counsel for Defendants *Plaintiff's Initial Rule 26(a) Disclosures* via electronic mail to the parties listed below:

**Service List:**

Domenic E. Pacitti
**Klehr Harrison Harvey Branzburg LLP**
919 Market Street
Suite 1000
Wilmington, DE 19801
Email: dpacitti@klehr.com

Bryan Benard
Engels J. Tejeda
**Holland & Hart LLP**
222 South Main Street, Suite 1200
Salt Lake City, Utah 84105
Emails: bbenard@hollandhart.com
   ejtejeda@hollandhart.com


Alison J. Wirtz
Spencer A. Winters
**Kirkland & Ellis**
300 N La Salle Dr.
Chicago, IL 60654
Emails: alison.wirtz@kirkland.com
   spencer.winters@kirkland.com

*Counsel for Defendants*

Dated: November 16, 2023          Respectfully submitted,


                        By:   /s/ Christopher D. Loizides
                              Christopher D. Loizides (No. 3968)
                              **LOIZIDES, P.A.**
                              1225 King Street, Suite 800
                              Wilmington, Delaware 19801
                              Telephone: (302) 654-0248
                              Facsimile: (302) 654-0728
                              E-mail: loizides@loizides.com

OF COUNSEL:

**RAISNER ROUPINIAN LLP**
Jack A. Raisner
René S. Roupinian
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
Facsimile: (212) 221-1747
Email: rsr@raisnerroupinian.com
Email: jar@raisnerroupinian.com

*Attorneys for Plaintiff and the Class*