# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PGX HOLDINGS, INC, *et al.*,[1] | Case No. 23-10718 (CTG) |
| Debtors. | (Jointly Administered) |
| KIRSTEN HANSEN on behalf of herself and all others similarly situated, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 23-50396 (CTG) |
| PGX HOLDINGS, INC.; PROGREXION HOLDINGS, INC.; PROGREXION TELESERVICES, INC.; PROGREXION MARKETING, INC.; PROGREXION ASG, INC.; PROGREXION IP, INC.; EFOLKS, LLC; CREDITREPAIR.COM, INC.; CREDIT.COM, INC.; and JOHN C. HEATH, ATTORNEY AT LAW PC, | |
| Defendants. | |

## NOTICE OF PRETRIAL CONFERENCE

**PLEASE TAKE NOTICE** that a pretrial conference in the above-captioned adversary proceeding will be held on **December 7, 2023 at 11:30 a.m.** before the Honorable Craig T. Goldblatt in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Courtroom 7, 3rd Floor, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

10780138.v1

**PLEASE TAKE FURTHER NOTICE** that this conference will be conducted entirely via zoom. Please use the following link to register for this conference:

https://debuscourts.zoomgov.com/meeting/register/vJIscumhqDgrG8vLdv-oZ3DYWK_sEiMdY5I

Dated: December 6, 2023
Wilmington, Delaware

/s/ Michael W. Yurkewicz
KLEHR HARRISON HARVEY BRANZBURG LLP
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:     (302) 426-1189
Facsimile:     (302) 426-9193
Email:   dpacitti@klehr.com
             myurkewicz@klehr.com

-and-

Morton R. Branzburg
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:     (215) 569-3007
Facsimile:     (215) 568-6603
Email:   mbranzburg@klehr.com

*Co-Counsel to the Debtors and Debtors in Possession*

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
601 Lexington Ave
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:  joshua.sussberg@kirkland.com

- and -

Spencer Winters (admitted *pro hac vice*)
Whitney C. Fogelberg (admitted *pro hac vice*)
Alison J. Wirtz (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:  spencer.winters@kirkland.com
            whitney.fogelberg@kirkland.com
            alison.wirtz@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

10780138.v1