Honorable Judge Brendan L. Shannon, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Desolation Holdings LLC, et al.,1, Chapter 11, Case No. 23-10597 (BLS), (Jointly Administered)  Doc # 308

Date: October 12, 2023

Dear Honorable court,

I was online, my platform secured, and my system connected with VPN and antivirus running, as soon as I logged into my account, something very unusual happened in Bittrex platform. Bitcoin hacked or stolen from Bittrex BUS' platform where I signed in. It's not possible without proper login to Bittrex BUS platform bitcoin transferred to outside of Bittrex BUS platform. The only one(s) that had any access to my account credentials was BUS, which is where those credentials were created at the time/simultaneously with my deposit of Bitcoin.  The fraudulent withdrawal from that account was instantaneous upon creation of the account and credentials and the deposit of my Bitcoin, which was all a single transaction on the BUS platform.  The credentials could only have been stolen at BUS where and at the time they were created.  This process was under BUS' exclusive control.

 There was no user account compromised. I was in the account logged in but observed that suddenly my bitcoin moved out from my Bittrex Bus platform account. I couldn't stop that. I immediately informed Bittrex team. Me and my wife immediately same day went to our city, Corinth Police Department on November 10, 2017. All the dates mentioned there, it is investigator email date and asking information that I provided in timely manner. I informed SEC as well ref:01345518.

Regarding the bitcoin price, it fluctuates every now and then. That's why I updated the price at that time and sent it to IRS and FBI. I am requesting kindly order Bittrex BUS to deposit my total bitcoin.

 I live in Texas. Under Texas law and federal law, certain circumstances and especially my situation, it's within the scope of Statute timeframe. I informed the Police, FBI, and IRS on time. Each of the agencies has the authority to investigate and file a case with the appropriate authority.  As it's mentioned in letter and account associated with email and Bitcoin/money was transferred/wired in schemes. So, it may fall under the mail and wire fraud schemes. Here is Texas Statute of limitations may apply in this situation:

Page 2
continue

Even after withdrawing my bitcoin by Bittrex BUS fraudster, Bittrex BUS authority barred me to use the account, further buy and sell as well.

Under these circumstances, please accept my request for the court to overrule the objections of Mr. Henge, Co-Chief restructuring Officer of the Debtors, and allow me to recover the bitcoin that Bittrex Fraudster withdrew from the Bittrex Platform.

There were multiple fraudster things happened from Bittrex platform as per YouTube info (link) that shared with investigator, police on February 06, 2018:

> From: Golam Dastagir [mailto:GDastagir@hotmail.com]
> Sent: Tuesday, February 06, 2018 9:53 AM
> To: Richard Deggs <Richard.Deggs@cityofcorinth.com>
> Cc: Jimmie Gregg <Jimmie.Gregg@cityofcorinth.com>
> Subject: Re: 17-01589
>
> Mr. Deggs,
>
> Thank you so much for your email.
> I follow the instruction of Bittrex to open an account, then they said its protected. I sent them lot of my and my family life savings in electronic transfer as they required. You know, they allowed some one to take my money from my Bittrex account. Now, they are saying they can't do anything about it, they are saying it's your problem. I looked over internet, it appears there are many people have lost bitcoin and other coin and that happening continuously.
> I would request you to investigate the case involving https://bittrex.com/ and do subpoenas as they wrote to me from their customer service (below email).
> So far I see, many investor affected from Bittrex exchange, you will find many online complain: https://www.facebook.com/bittrex/
> Also, you can see live captured video that bitcoin is stealing from bittrex: https://www.youtube.com/watch?v=eZRPDrlUggY

I am requesting the honorable judge to assign an attorney to represent me as well. Please allow me to join virtually in the hearing.

Thank you very much!

Best Regards,

*Z. M. Golam Dastagir*
Date: 10/12/2023

Z M Golam Dastagir

1502 Knoll Ridge Circle, Corinth, Texas 76210

Mobile: 512.550.1814

Email: gdastagir@hotmail.com

Page 2

1502 Knoll Ridge Circle
Z M Coleman Dastagir
Corinth, TX 76210


CERTIFIED MAIL®

9589 0710 5270 1035 1131 51

FCM LETTER
DENTON, TX 76201
OCT 12, 2023
TEXAS TX 750
$4.35
19801
RDC 99
R2304M115460-03

Honorable Judge Brendan
L. Shannon, United States Bankruptcy
824 North Market Street
6th Floor
Wilmington, DE 19801
DE 19801

19801-490960